

Notice of Undeliverable Mail to Debtor

July 31, 2025

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Mercedes Towns, Case Number 25-14673, MBK

TO THE DEBTOR:

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2025 AUG 25  A 11: 28

JEANNE A. NAUGHTON
BY: R. Mulvey
DEPUTY CLERK

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608

---

Undeliverable Address:
Bank of America
POB 655907

Role type/cr id: 520760791
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Bank Of America, ATTN: Bankruptcy Dept.
P.O. Box 9000, 475 Crossy Point Pkwy, Getzville, NY 14068-9000

Undeliverable Address:
Nordstrom
POB 100135



Role type/cr id: 520760798
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Nordstrom Card Services - PO Box 6555,
Englewood, CO 80155-6555

_____     08/25/25
Signature of Debtor or Debtor's Attorney        Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**