Mercedes Towns

322 Bound Brook Ave.,

Piscataway, New Jersey

732) 526-5893

smallbusinessmet@gmail.com

FILED
JEANNE A. NAUGHTON, CLERK
AUG 25 2025
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

August 23, 2025

ATTN Clerk's Office

United States Bankruptcy Court, District of New Jersey

402 East State Street,

Trenton, New Jersey, 08608

**RE: Amended Creditor Matrix for Chapter 13 Case**

**Debtor(s):** Mercedes Towns

**Case Number:** 25 – 14673/MBK

Bank Of America

ATTN: Bankruptcy Department,

P.O. Box 9000

475 Crossy Point Pkwy.

Getzville, NY 14068-9000

Citibank, Costco Wholesales

PO Box 790040

St. Louis, MO 63179-9819

Citibank, Home Depot.

PO Box 790345

St. Louis, MO 63179-0345

Citibank, Macys

PO Box 6167

Cioux Falls, SD 57117-6167

Citibank, Macys.

PO Box 6167

Cioux Falls, SD 57117-6167

Institute For Practical Life

328 Denison Street,

Highland Park, TX 75265-5907

New Jersey Skylands Ins. (Liberty Mutual),

P.O. Box 3199

Winston Salem, NC 27102-3199

Hesaa – NJ Class,

ATTN: Legal

P.O. Box 544

Trenton, NJ 08625 – 0544

Minute Clinic of New Jersey

462 Elizabeth Ave,

Somerset, NJ 08873

Nordstrom

P.O. Box 100135

Columbia, SC 29202 - 3135

One Main Financial

P.O. Box 3251

Evansville, IN 47731-3251

PayPal Credit,

ATTN: Synchrony Bank

P.O. Box 71726

Philadelphia, PA 19176 - 1726

Saint Peter's University Hospital,

254 Easton Ave.,

New Brunswick, NJ 08901- 1766

Certified Solutions

PO Box 1750

Whitehouse Station, NJ 08889

Jefferson Capital Systems, LLC

200 14Th. Ave. E,

Sartell, MN 56377

Resurgent Acquisitions

ATTN: Capital Services @55 Beattie Place

Suite 110,

Greensville, SC 29601

Sentry Credit Inc.

2809 Grand Avenue,

Everett, WA 98201

Tenaglia & Hunt, PA

ATTN: Annie Q Anjum

365 West Passaic ST, STE 405

Rochelle Park, NJ 07662-0000

Tenaglia & Hunt, PA

ATTN: Annie Q Anjum

365 West Passaic ST, STE 405

Rochelle Park, NJ 07662-0000

Mr. Cooper,

ATTN: Customer Relations

P. O. Box 747066,

Dallas, TX 75261-9741

PNC Bank

ATTN: Central Receiving

B6-YM14-01-T

3232 Newmark Drive

Miamisburg, OH 45342

Case 25-14673-MBK    Doc 42    Filed 08/25/25    Entered 08/26/25 15:31:03    Desc Main
Document    Page 5 of 9

Transworld Systems, Inc.

500 Virginia Dr., Suite 514

FT. Washington, PA 19034

Summit Medical Group PA,

1 Diamond Hill Road,

Berkeley Hights, NJ 07922

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Mercedes Towns<br>First Name   Middle Name   Last Name | Social Security number or ITIN: ███-██-7334<br>EIN: __-_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __-_____ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: 13 | 5/2/25 |
| Case number: | 25-14673-MBK | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Mercedes Towns | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 322 Bound Brook Avenue<br>Piscataway, NJ 08854 | |
| 4. | Debtor's attorney<br>Name and address | Mercedes Towns<br>322 Bound Brook Avenue<br>Piscataway, NJ 08854 | Contact phone _____<br>Email: None |
| 5. | Bankruptcy trustee<br>Name and address | Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Contact phone (609) 587-6888<br>www.russotrustee.com |
| 6. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br>(800) 676-6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 609-858-9333<br>Date: 5/3/25 |

For more information, see page 2

Official Form 309I          Notice of Chapter 13 Bankruptcy Case          page 1

**Chapter:** 13

08/23/2025

Dear Clerk of the Court,

Enclosed is the Amended Creditor Matrix for the above-referenced Chapter 13 case, which was incorrectly reported on 07/30/2025:

The attached matrix lists all creditor(s) with complete names and addresses, including zip codes, and also ensured that the format and aligns conforms to the court's specifications.

On 07/30/2025, I included a fee of $32.00 to cover cost of amending the list of creditors. Today, I am enclosing a money order in the amount of $2.00 to satisfy the outstanding balance for the amendment of the creditors matrix. Please process the attached filing accordingly.

A copy of this amended matrix and cover letter has also been served upon the Chapter 13 Trustee.

Thank you for your time and attention to this matter.

Sincerely,

*Mercedes Towns*
Mercedes Towns, Debtor