**FILED**
JEANNE A. NAUGHTON, CLERK
OCT 21 2025
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

Certificate Number: 14912-NJ-DE-040111090

Bankruptcy Case Number: 25-14673



14912-NJ-DE-040111090

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 20, 2025, at 2:52 o'clock PM EDT, Mercedes Towns completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  September 20, 2025

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor