| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Mercedes Towns | Case No.: 25-14673<br>Chapter: 13<br>Judge: Kaplan |

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL DOCUMENTS CONCERNING SCHEDULES

TO: Mercedes Towns

This will confirm that on October 21, 2025 the following document(s) was filed by you.

- ☒ Amendment to Schedule(s)  I & J ,
- ☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

- ☒ Declaration About an Individual Debtor's Schedules (106 Declaration)
- ☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

- ☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)
- ☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: October 21, 2025                    Jeanne A. Naughton, Clerk

*rev.1/4/17*