Eric J Clayman, Esquire
Clayman Law
1814 East Route 70 Suite 350
Cherry Hill, NJ, 08003
856-777-5877
Eric@Clayman-Law.com
Attorney for Debtor

United States of Bankruptcy Court
District of New Jersey

_____

In Re:    Towns, Mercedes

        Chapter 13
        Case Number: 25-14673- (MBK)
        Hearing Date:
        Judge: Michael B. Kaplan

_____

### WITHDRAWAL OF PLEADING - DOCKET 56

The undersigned attorney for the Debtors hereby WITHDRAWS Docket 56, Modification of Chapter 13 Plan and Motions – Before Confirmation.

Respectfully,

/s/Eric J Clayman                                                                                         Date: 11/11/2025

Attorney for Debtor