UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

In Re:

Mercedes Towns,

Debtor.

Case No.:      25-14673-MBK

Chapter:       13

Hearing Date:  11/19/2025

Judge:         Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 64)

Date: 11/12/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*