Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−14673−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mercedes Towns
   322 Bound Brook Avenue
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−7334

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on July 29, 2025 and a confirmation hearing on such Plan has been scheduled for November 19, 2025.

The debtor filed a Modified Plan on November 11, 2025 and a confirmation hearing on the Modified Plan is scheduled for January 21, 2026 @ 10am. Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.   The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: November 12, 2025
JAN: llb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Mercedes Towns  
 Debtor

Case No. 25-14673-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3  
Date Rcvd: Nov 12, 2025 Form ID: 186 Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mercedes Towns, 322 Bound Brook Avenue, Piscataway, NJ 08854-4020 |
| aty | + | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520768558 | | Citi Cards, P.O. Box 970345, St. Louis, MO 6379-0345 |
| 520791040 | | HESAA - NJ Class, Attn: Legal, PO Box 544, Trenton, NJ 08625-0544 |
| 520760797 | | HESAA NJCLASS, POB 780904, Philadelphia, PA 19178-0904 |
| 520760795 | + | Institute of Practical Life, 328 Denison Street, Highland PArk, NJ 08904-2732 |
| 520760796 | + | Liberty Mutual Ins., POB 85059, Richmond, VA 23285-5059 |
| 520791041 | + | Minute Clinic of New Jersey, 462 Elizabeth Avenue, Somerset, NJ 08873-5107 |
| 520791044 | | Mr. Cooper, Attn: Customer Relations, PO Box 747066, Dallas, TX 75261-9741 |
| 520791039 | | New Jersey Skylands Ins. (Liberty Mutual), PO Box 3199, Winston Salem, NC 27102-3199 |
| 520760788 | + | Peter P. Towns, 322 BoundBrook Ave., Piscataway, NJ 08854-4020 |
| 520760801 | | St. Peter's University Hospital, 254 Easton Ave., New Brunswick, NJ 08901-1766 |
| 520760802 | + | Summit Medical Group, PA, 1 Diamond Hill Road, Berkeley Hgts., NJ 07922-2104 |
| 520760809 | + | Tenaglia and Hunt, PA, Annie Anju, 365 West Passaic, Ste. 40, Rochelle Park, NJ 07662-3017 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 12 2025 23:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 12 2025 23:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520760791 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 12 2025 23:49:00 | Bank of America, ATTN: Bankruptcy Dept., PO Box 9000, 475 Crossy Point Parkway, Getzville, NY 14068-1609 |
| 520760805 | | Email/Text: correspondence@credit-control.com | Nov 12 2025 23:49:00 | Credit Control, LLC, 3300 Rider Trails, Ste. 500, Earth City, MO 63045 |
| 520791043 | + | Email/Text: bankruptcy@certified-solutions.com | Nov 12 2025 23:49:00 | Certified Solutions, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 520760794 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 12 2025 23:47:18 | Citi Costco, POB 790040, St. Louis, MO 63179-0040 |
| 520760793 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2025 00:01:47 | Citi Macys, POB 6167, Sioux Falls, SD 57117-6167 |
| 520723219 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2025 00:03:33 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520760792 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 12 2025 23:47:30 | Citicards, POB 790345, St. Louis, MO 63179-0345 |
| 520760804 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | Nov 12 2025 23:48:00 | Computer Credit, Inc., 7996 North Point Blvd., POB 5238, Winston-Salem, NC 27113-5238 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520643247 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2025 00:14:47 | Home Depot Credit Services, P.O. Box 790328, San Luis, MO 63179-0328 |
| 520760806 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 12 2025 23:50:00 | Jefferson Capital Systems, LLC, 200 14th Ave. E., Sartell, MN 56377-4500 |
| 520724442 |   | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2025 00:01:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520879952 |   | Email/Text: nsm_bk_notices@mrcooper.com | Nov 12 2025 23:48:00 | Lakeview Loan Servicing, Inc., c/o LoanCare, PO Box 619096, Dallas, TX 75261-9096 |
| 520742295 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 12 2025 23:48:00 | Lakeview Loan Servicing, LLC, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 520760789 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 12 2025 23:48:00 | Mr. Cooper, POB 818060, 5801 Postal Rd., Cleveland, OH 44181-2184 |
| 520791042 | ^ | MEBN | Nov 12 2025 23:39:34 | Nordstrom, PO Box 100135, Columbia, SC 29202-3135 |
| 520760798 |   | Email/Text: bnc@nordstrom.com | Nov 12 2025 23:49:37 | Nordstrom Card Services, PO Box 6555, Englewood, CO 80155-6555 |
| 520760799 |   | Email/PDF: cbp@omf.com | Nov 13 2025 00:14:47 | One Main Financial, POB 3251, Evansville, IN 47731-3251 |
| 520760790 |   | Email/Text: Bankruptcy.Notices@pnc.com | Nov 12 2025 23:47:00 | PNC, POB 747066, Pittsburgh, PA 15274-7066 |
| 520791045 |   | Email/Text: Bankruptcy.Notices@pnc.com | Nov 12 2025 23:47:00 | PNC Bank, Attn: Central Receiving, B6-YM14-01-T, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520725704 |   | Email/Text: Bankruptcy.Notices@pnc.com | Nov 12 2025 23:47:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101 |
| 520760800 |   | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2025 00:02:19 | PayPal Credit Synchrony, POB 71726, Philadelphia, PA 19176-1726 |
| 520760807 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2025 00:03:33 | Resurgent Acquisitions, Capital Svcs., 55 Beattie Pl, Ste. 110, Greenville, SC 29601-5115 |
| 520760808 | + | Email/Text: compliance@sentrycredit.com | Nov 12 2025 23:50:00 | Sentry Credit Inc., 2809 Grand Ave., Everett, WA 98201-3417 |
| 520726069 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 13 2025 00:03:43 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520760803 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 12 2025 23:50:00 | TSI, 500 Virginia Dr., Ste. 514, Ft. Washington, PA 19034-2733 |
| 520791046 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 12 2025 23:50:00 | Transworld Systems, Inc., 500 Virginia Drive, Suite 514, Ft Washington, PA 19034-2733 |
| 520644154 |   | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 12 2025 23:46:23 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 12, 2025 | Form ID: 186 | Total Noticed: 43 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric J Clayman | on behalf of Debtor Mercedes Towns Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4