Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

>Case No.: 25−14673−MBK
>Chapter: 13
>Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mercedes Towns
   322 Bound Brook Avenue
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−7334

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 26, 2026.

Dated: January 26, 2026
JAN: dmi

>Jeanne Naughton
>Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 25-14673-MBK

Mercedes Towns     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3

Date Rcvd: Jan 27, 2026    Form ID: plncf13    Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mercedes Towns, 322 Bound Brook Avenue, Piscataway, NJ 08854-4020 |
| aty | + | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520768558 | | Citi Cards, P.O. Box 970345, St. Louis, MO 6379-0345 |
| 520791040 | | HESAA - NJ Class, Attn: Legal, PO Box 544, Trenton, NJ 08625-0544 |
| 520760797 | | HESAA NJCLASS, POB 780904, Philadelphia, PA 19178-0904 |
| 520760795 | #+ | Institute of Practical Life, 328 Denison Street, Highland PArk, NJ 08904-2732 |
| 520760796 | + | Liberty Mutual Ins., POB 85059, Richmond, VA 23285-5059 |
| 520791041 | + | Minute Clinic of New Jersey, 462 Elizabeth Avenue, Somerset, NJ 08873-5107 |
| 520791044 | | Mr. Cooper, Attn: Customer Relations, PO Box 747066, Dallas, TX 75261-9741 |
| 520880536 | + | NJCLASS, PO Box 544, Trenton, NJ 08625-0544 |
| 520791039 | | New Jersey Skylands Ins. (Liberty Mutual), PO Box 3199, Winston Salem, NC 27102-3199 |
| 520760788 | + | Peter P. Towns, 322 BoundBrook Ave., Piscataway, NJ 08854-4020 |
| 520760801 | | St. Peter's University Hospital, 254 Easton Ave., New Brunswick, NJ 08901-1766 |
| 520760802 | + | Summit Medical Group, PA, 1 Diamond Hill Road, Berkeley Hgts., NJ 07922-2104 |
| 520760809 | + | Tenaglia and Hunt, PA, Annie Anju, 365 West Passaic, Ste. 40, Rochelle Park, NJ 07662-3017 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 27 2026 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 27 2026 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520760791 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jan 27 2026 21:25:00 | Bank of America, ATTN: Bankruptcy Dept., PO Box 9000, 475 Crossy Point Parkway, Getzville, NY 14068-1609 |
| 520760805 | | Email/Text: correspondence@credit-control.com | Jan 27 2026 21:25:00 | Credit Control, LLC, 3300 Rider Trails, Ste. 500, Earth City, MO 63045 |
| 520791043 | + | Email/Text: bankruptcy@certified-solutions.com | Jan 27 2026 21:25:00 | Certified Solutions, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 520760794 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2026 21:35:17 | Citi Costco, POB 790040, St. Louis, MO 63179-0040 |
| 520760793 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2026 21:34:52 | Citi Macys, POB 6167, Sioux Falls, SD 57117-6167 |
| 520723219 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2026 21:35:17 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520760792 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2026 21:35:17 | Citicards, POB 790345, St. Louis, MO |

Case 25-14673-MBK    Doc 78    Filed 01/29/26    Entered 01/30/26 00:24:16    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2026 | Form ID: plncf13 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | | 63179-0345 |
| 520760804 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | Jan 27 2026 21:25:00 | Computer Credit, Inc., 7996 North Point Blvd., POB 5238, Winston-Salem, NC 27113-5238 |
| 520643247 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2026 21:35:38 | Home Depot Credit Services, P.O. Box 790328, San Luis, MO 63179-0328 |
| 520760806 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 27 2026 21:26:00 | Jefferson Capital Systems, LLC, 200 14th Ave. E., Sartell, MN 56377-4500 |
| 520724442 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2026 21:34:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520879952 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 27 2026 21:25:00 | Lakeview Loan Servicing, Inc., c/o LoanCare, PO Box 619096, Dallas, TX 75261-9096 |
| 520742295 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 27 2026 21:25:00 | Lakeview Loan Servicing, LLC, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 520760789 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 27 2026 21:25:00 | Mr. Cooper, POB 818060, 5801 Postal Rd., Cleveland, OH 44181-2184 |
| 520791042 | ^ | MEBN | Jan 27 2026 21:24:05 | Nordstrom, PO Box 100135, Columbia, SC 29202-3135 |
| 520760798 | | Email/Text: bnc@nordstrom.com | Jan 27 2026 21:25:10 | Nordstrom Card Services, PO Box 6555, Englewood, CO 80155-6555 |
| 520760799 | | Email/PDF: cbp@omf.com | Jan 27 2026 21:34:59 | One Main Financial, POB 3251, Evansville, IN 47731-3251 |
| 520760790 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2026 21:24:00 | PNC, POB 747066, Pittsburgh, PA 15274-7066 |
| 520791045 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2026 21:24:00 | PNC Bank, Attn: Central Receiving, B6-YM14-01-T, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520725704 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2026 21:24:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101 |
| 520760800 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 27 2026 21:34:59 | PayPal Credit Synchrony, POB 71726, Philadelphia, PA 19176-1726 |
| 520760807 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2026 21:35:14 | Resurgent Acquisitions, Capital Svcs., 55 Beattie Pl, Ste. 110, Greenville, SC 29601-5115 |
| 520760808 | + | Email/Text: compliance@sentrycredit.com | Jan 27 2026 21:26:00 | Sentry Credit Inc., 2809 Grand Ave., Everett, WA 98201-3417 |
| 520726069 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 27 2026 21:34:41 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520760803 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 27 2026 21:26:00 | TSI, 500 Virginia Dr., Ste. 514, Ft. Washington, PA 19034-2733 |
| 520791046 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 27 2026 21:26:00 | Transworld Systems, Inc., 500 Virginia Drive, Suite 514, Ft Washington, PA 19034-2733 |
| 520644154 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 27 2026 21:34:26 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 27, 2026 | Form ID: plncf13 | Total Noticed: 44 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric J Clayman | on behalf of Debtor Mercedes Towns Eric@Clayman-Law.com  CLAYMANLAWLLC@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4